■ The People of the State of New York, Respondent, v Oquen Tatum, Appellant.—Judgment of the County Court, Nassau County (Boklan, J.), affirmed (see, People v Grant, 99 AD2d 536). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.